1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

10

11 ZURICH AMERICAN INSURANCE | Case No. 8:17-cv-2256 DOC-KSx

12 COMPANY OF ILLINOIS, | **AMENDED JUDGMENT**

13              Plaintiffs,

14 v.

15 CAD GREEN ACRES
CORPORATION, and DOES 1 to 100,
16 inclusive,

17   Defendant(s). | Judge: Hon. David O. Carter
                Ctrm: 9D
18

19

20 CAD GREEN ACRES
CORPORATION,
21
            Counterclaimant,
22

23 v.

24 ZURICH AMERICAN INSURANCE
COMPANY OF ILLINOIS, and ROES
25 1 TO 10, inclusive,

26          Counter-defendants, | Complaint: December 27, 2017

27

28

The Judgment entered on January 23, 2020 in conjunction with the order granting summary judgment in favor of Zurich on both its complaint against Defendant Cad Green Acres Corporation ("Cad Green") and Cad Green's counterclaim against Zurich [Dkt. 39] is hereby amended by the Court after granting Zurich's motion to amend the judgment per Fed. R. Civ. Proc. 59(e), as follows:

Judgment entered in favor of Zurich and against Cad Green for a total of $527,405.68. The total judgment consists of $427,184.00 in consequential damages, $96,792.08 in prejudgment interest, and $3,429.60 in costs.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: March 2, 2020

UNITED STATES DISTRICT COURT

By: _David O. Carter_____
HON. DAVID O. CARTER
DISTRICT COURT JUDGE