1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS,<br><br>            Plaintiffs,<br><br>v.<br><br>CAD GREEN ACRES CORPORATION, and DOES 1 to 100, inclusive,<br><br>            Defendant(s). | Case No.  8:17-cv-2256 DOC-KSx<br><br>**SECOND AMENDED JUDGMENT**<br><br><br><br>Judge: Hon. David O. Carter<br>Ctrm:   9D |
| CAD GREEN ACRES CORPORATION,<br><br>            Counterclaimant,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, and ROES 1 TO 10, inclusive,<br><br>            Counter-defendants, | |

The Judgment entered in favor of Plaintiff Zurich American Insurance Company of Illinois on January 23, 2020 [Doc. 39], as amended on March 2, 2020 [Doc. 43], is hereby further amended by the Court pursuant to the parties' Stipulation to Amend Judgment in the Event of Default, as follows:

The Court finds that 6 hours of work is appropriate for the work described in the affidavit. Affidavit of Lincoln v. Horton (Dkt. 67-1). At a reasonable rate of $310.00 per hour, the Court awards $1,860.00 in attorney's fees. Judgment entered on its complaint, as amended herein to add defendants FZX4ME, Inc. dba Workland Staffing and Sonya Lyn Green, and to reflect payment credits toward the previous amended judgment, in favor of Plaintiff Zurich American Insurance Company of Illinois and against and against Defendants Cad Green Acres Corporation dba People to People Staffing, FZX4ME, Inc. dba Workland Staffing and Sonya Lyn Green, jointly and severally, for a total of $26,186.85 (consisting of $24,309.65 in damages, $1,860.00 in attorneys' fees, and $17.20 in costs).

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: November 1, 2022

UNITED STATES DISTRICT COURT

By: *David O. Carter*
HON. DAVID O. CARTER
DISTRICT COURT JUDGE